# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Weems <br>                    Debtor(s) <br><br> Red Stick Acquisitions, LLC, its successors and/or assigns <br>                    Movant <br><br>          vs. <br><br> Michael Weems <br>                    Debtor(s) <br><br> Kenneth E. West Esq. <br>                    Trustee | CHAPTER 13 <br><br><br> NO. 21-11073 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Red Stick Acquisitions, LLC, which was filed with the Court on or about **July 30, 2021, docket number 25**.

                                        Respectfully submitted,


                                        /s/ Rebecca A. Solarz, Esq.
                                        _____
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: December 8, 2021