United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Weems  
    Debtor

Case No. 21-11073-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 09, 2021      Form ID: 155      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Weems, 900, Lloyd St, Chester, PA 19013-3513 |
| 14600553 | + | 1st Keystone Fed S & L, 22 W State St, Media, PA 19063-3311 |
| 14600555 | + | 1st Ntl Bk Of Chester, 9 N High St, West Chester, PA 19380-3002 |
| 14600556 | + | 5th/3rd Bank/sponsored, 5050 Kingsley Dr # Md1Mo, Cincinnati, OH 45227-1115 |
| 14600557 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 14600564 |   | ABC Bail Bonds, 434 Dr. Martin Luther King Blvd, Camden, NJ 08105 |
| 14600568 | + | ABN-AMRO Mortgage, 2600 W Big Beaver Rd, Troy, MI 48084-3309 |
| 14600558 | + | Aa/cbsd, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14600561 | + | Aaron Sales & Lease Ow, Attn: Bankruptcy 2800 Canton Road, Marietta, GA 30066-5471 |
| 14600562 | + | Aarons Sales & Lease Ownership, 2300 W Passyunk Ave, Philadelphia, PA 19145-4123 |
| 14600563 | + | Aarow Financial Services (original Credi, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14600569 |   | Acs/dept Of Ed, C/O Acs, Utica, NY 13501 |
| 14600570 | + | CITY OF CHESTER, 1 E 4th St, Chester, PA 19013-4499 |
| 14600571 |   | Delaware County Tax Claim, Self Tax Collection, Govt Center, 201 W, Media, PA 19063 |
| 14603396 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esq., 230 N. Monroe Street, Media, PA 19063-2908 |
| 14618379 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14619937 | + | Red Stick Acquisitions, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14620469 | + | Red Stick Acquisitions, LLC, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14600573 | + | Statebridge, 5680 Greenwood Plz Blvd, Ste 100S, Englewood, CO 80111-2404 |
| 14618711 | + | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 14603295 | + | Stephen V. Bottiglieri, Esquire, Attorney for the Delaware County Tax Cla, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14626500 | + | Stormwater Authority of the City of Chester, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14626501 | + | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14625416 |   | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14600552 | + | Email/Text: bankruptcynotice@1fbusa.com | Dec 09 2021 23:34:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux Ci, SD 57049-5154 |
| 14600560 | + | Email/Text: aargon@ebn.phinsolutions.com | Dec 09 2021 23:34:00 | Aargon Collection Agency, 3025 West Sahara Ave, Las Vegas, NV 89102-6094 |
| 14600562 | + | Email/Text: bankruptcynotices@aarons.com | Dec 09 2021 23:34:00 | Aarons Sales & Lease Ownership, 2300 W Passyunk Ave, Philadelphia, PA 19145-4123 |
| 14600565 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 09 2021 23:34:00 | Ability Recovery Servi, PO Box 4031, Wyoming, PA 18644-0031 |
| 14600559 |   | Email/Text: BankruptcyNotices@aafes.com | Dec 09 2021 23:34:00 | AAFES, POB 650038, Dallas, TX 75265 |
| 14605340 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2021 23:43:02 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14603293 | + | Email/Text: duffyk@co.delaware.pa.us | Dec 09 2021 23:34:00 | Delaware County Tax Claim Bureau, Government |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: 155 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14600572 | + | Email/PDF: pa_dc_ed@navient.com | | Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| | | | Dec 09 2021 23:43:05 | Dept of Ed/Navient, 123 Justison Street, 3rd Fl, Wilmington, DE 19801-5360 |
| 14605839 | | Email/PDF: pa_dc_claims@navient.com | Dec 09 2021 23:43:07 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14616819 | | Email/Text: bankruptcy@ncaks.com | Dec 09 2021 23:34:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14625416 | | Email/Text: EDBKNotices@ecmc.org | Dec 09 2021 23:34:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14600554 | | 1st Keystone Fed Sav |
| 14600566 | | Abington Bank |
| 14600567 | | Abn Amro Mortgage Grou |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Michael Weems echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Red Stick Acquisitions  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 09, 2021 Form ID: 155 Total Noticed: 33
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael Weems
      Debtor(s)

Chapter: 13
Bankruptcy No: 21−11073−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 9th day of December 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

33 − 18, 31
Form 155