UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Michael Weems                           : Chapter 13

      Debtor                                     : Bky No. 21-11073-mdc

## CERTIFICATION OF NO RESPONSE OR OBJECTION

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon the debtor's Motion to Modify Plan and that no creditor, nor any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                                              s/Lawrence S. Rubin
                                              Lawrence S. Rubin, Esquire
                                              Attorney for the debtor
                                              337 West State Street
                                              Media, PA 19063-2615
                                              (610) 565-6660

Dated: September 1, 2022

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com