UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael Weems                      : Chapter 13

    Debtor                            : Bky. No. 21-11073-mdc.

Praecipe to Withdraw Document

To the Clerk

    Kindly withdraw document # 37

                                     s/Lawrence S. Rubin
                                     Lawrence S. Rubin, Esquire
                                     Attorney for the debtor
                                     337 West State Street
                                     Media, PA 19063-2615
                                     (610) 565-6660

Dated: September 1, 2022

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com