UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael Weems  : Chapter 13

    Debtor  : Bky No. 21-11073-mdc

## **CERTIFICATION OF NO RESPONSE**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon the debtor's Application For Compensation and that no creditor, nor any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

                                               s/Lawrence S. Rubin
                                               Lawrence S. Rubin, Esquire
                                               Attorney for the debtor
                                             337 West State Street
                                             Media, PA 19063-2615
                                             (610) 565-6660

Dated: September 1, 2022

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com