# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Weems | |
|     Debtor | |
| | CHAPTER 13 |
| Delores Weems | |
|     Co-Debtor | |
| | |
| Red Stick Acquisitions, LLC | |
|     Movant | NO. 21-11073 MDC |
|     vs. | |
| | |
| Michael Weems | |
|     Debtor | |
| | 11 U.S.C. Section 362 |
| Delores Weems | |
|     Co-Debtor | |
| | |
| Kenneth E. West Esq. | |
|     Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of Red Stick Acquisitions, LLC, which was filed with the Court on or about May 2, 2023, in Document No. 43.

Dated: May 23, 2023

                                               Respectfully submitted,

                                               /s/Mark A. Cronin
                                               Mark A. Cronin, Esq.
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA  19106
                                               Phone: (215)-627-1322
                                               mcronin@kmllawgroup.com