**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Michael Weems<br>            Debtor<br>    and<br><br>    Delores Weems<br>            Co-Debtor<br><br>Kupuri Capital, LLC, or its Successor or Assignee<br>            Movant<br>    vs.<br><br>Kenneth E. West, Trustee<br>Michael Weems<br>Delores Weems<br>            Respondents | Chapter 13<br>Bankruptcy No. 21-11073-mdc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Kupuri Capital, LLC or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 900 Lloyd St, Chester, Pennsylvania 19013.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  January 4, 2024, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

> United States Bankruptcy Court
> For the Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, Pennsylvania 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

> Andrew M. Lubin, Esquire
> McCabe, Weisberg & Conway, LLC
> 1420 Walnut Street, Suite 1501
> Philadelphia, PA 19102

       Phone: 215-790-1010
       Fax: 215-790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on January 17, 2024 at 11:30a.m. in Courtroom # 2, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

Date: December 21, 2023