**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:      Michael Weems | Chapter 13 |
| Debtor | Bankruptcy No. 21-11073-mdc |
| and | |
| Delores Weems | |
| Co-Debtor | |
| Kupuri Capital, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| Kenneth E. West, Trustee | |
| Michael Weems | |
| Delores Weems | |
| Respondents | |

<u>**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND
CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND
HEARING DATE**</u>

I, Andrew M. Lubin, attorney for Kupuri Capital, LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: December 21, 2023

| | | |
|---|---|---|
| Michael Weems | Lawrence S. Rubin | Kenneth E. West |
| 900 Lloyd St | Lawrence S. Rubin, Atty. | Office of the Chapter 13 Standing Trustee |
| Chester, PA 19013 | 337 West State Street | 1234 Market Street - Suite 1813 |
| | Media, PA 19063 | Philadelphia, PA 19107 |
| Delores Weems | | |
| 900 Lloyd Street | | United States Trustee |
| Chester, PA 19013 | | Office of United States Trustee |
| | | Robert N.C. Nix Federal Building |
| | | 900 Market Street, Suite 320 |
| | | Philadelphia, PA  19107 |

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Kupuri Capital, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com