UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Michael Weems<br>            Debtor<br>        and<br><br>    Delores Weems<br>            Co-Debtor<br><br>Kupuri Capital, LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br>Kenneth E. West, Trustee<br>Michael Weems<br>Delores Weems<br>            Respondents | Chapter 13<br>Bankruptcy No. 21-11073 |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Kupuri Capital, LLC for Relief from the Automatic Stay is hereby APPROVED.

Date: Aug. 29, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge