United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11073-amc |
| Michael Weems | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 29, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Weems, 900, Lloyd St, Chester, PA 19013-3513 |
| cr | + | Kupuri Capital, LLC, c/o Dwaldmanlaw, P.C., 4900 Carlisle Pike, #182, Mechanicsburg, PA 17050-7709 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 31, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

**Name**    **Email Address**

ANDREW M. LUBIN
    on behalf of Creditor Kupuri Capital  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Red Stick Acquisitions  LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JENNIE SHNAYDER
    on behalf of Creditor Kupuri Capital  LLC jennie@dwaldmanlaw.com, corey@dwaldmanlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAWRENCE S. RUBIN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2024 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Debtor Michael Weems echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

MARISA MYERS COHEN
    on behalf of Creditor Kupuri Capital  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Michael Weems<br>        Debtor<br>    and<br><br>    Delores Weems<br>        Co-Debtor<br><br>Kupuri Capital, LLC, or its Successor or Assignee<br>        Movant<br>    vs.<br>Kenneth E. West, Trustee<br>Michael Weems<br>Delores Weems<br>        Respondents | Chapter 13<br>Bankruptcy No. 21-11073 |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Kupuri Capital, LLC for Relief from the Automatic Stay is hereby APPROVED.

Date: Aug. 29, 2024

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge