**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Michael Weems<br>            Debtor<br>        and<br><br>    Delores Weems<br>            Codebtor<br><br>Kupuri Capital, LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br><br>Kenneth E. West, Trustee<br>Michael Weems<br>Delores Weems<br>            Respondent(s) | Chapter 13<br>Bankruptcy No. 21-11073 |

## ORDER

AND NOW, this __5th_____ day of ___Dec._____, 2024, it is hereby ORDERED that the automatic stay of Bankruptcy Code ʹ 362(a) and 1301 be, and the same hereby is, MODIFIED to permit Kupuri Capital, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 900, Lloyd St, Chester, Pennsylvania 19013.

_____
Ashely M. Chan
United States Bankruptcy Judge