United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11073-amc
Michael Weems  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Weems, 900, Lloyd St, Chester, PA 19013-3513 |
| 14600553 | + | 1st Keystone Fed S & L, 22 W State St, Media, PA 19063-3361 |
| 14600555 | + | 1st Ntl Bk Of Chester, 9 N High St, West Chester, PA 19380-3002 |
| 14600556 | + | 5th/3rd Bank/sponsored, 5050 Kingsley Dr # Md1Mo, Cincinnati, OH 45227-1115 |
| 14600557 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 14600564 | | ABC Bail Bonds, 434 Dr. Martin Luther King Blvd, Camden, NJ 08105 |
| 14600568 | + | ABN-AMRO Mortgage, 2600 W Big Beaver Rd, Troy, MI 48084-3309 |
| 14600558 | + | Aa/cbsd, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14600563 | + | Aarow Financial Services (original Credi, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14600569 | | Acs/dept Of Ed, C/O Acs, Utica, NY 13501 |
| 14600570 | + | CITY OF CHESTER, 1 E 4th St, Chester, PA 19013-4499 |
| 14600571 | | Delaware County Tax Claim, Self Tax Collection, Govt Center, 201 W, Media, PA 19063 |
| 14603396 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esq., 230 N. Monroe Street, Media, PA 19063-2908 |
| 14810864 | + | Kupuri Capital, LLC, c/o DWALDMANLAW, P.C., 4900 Carlisle Pike, #182, Mechanicsburg, PA 17050-7709 |
| 14620469 | + | Red Stick Acquisitions, LLC, c/o Rebecca Solarz, Esq, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14600573 | + | Statebridge, 5680 Greenwood Plz Blvd, Ste 100S, Englewood, CO 80111-2404 |
| 14603295 | + | Stephen V. Bottiglieri, Esquire, Attorney for the Delaware County Tax Cla, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14626500 | + | Stormwater Authority of the City of Chester, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14626501 | + | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 28 2025 01:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Feb 28 2025 01:25:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14600552 | + | Email/Text: bankruptcynotice@1fbusa.com | Feb 28 2025 01:25:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux Ci, SD 57049-5154 |
| 14600559 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 28 2025 01:24:00 | AAFES, POB 650038, Dallas, TX 75265-0038 |
| 14600560 | + | Email/Text: aargon@ebn.phinsolutions.com | Feb 28 2025 01:25:00 | Aargon Collection Agency, 3025 West Sahara Ave, Las Vegas, NV 89102-6094 |
| 14600561 | + | Email/Text: bankruptcynotices@aarons.com | Feb 28 2025 01:25:00 | Aaron Sales & Lease Ow, Attn: Bankruptcy 2800 Canton Road, Marietta, GA 30066-5471 |
| 14600562 | + | Email/Text: bankruptcynotices@aarons.com | Feb 28 2025 01:25:00 | Aarons Sales & Lease Ownership, 2300 W |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Passyunk Ave, Philadelphia, PA 19145-4123 |
| 14600565 | + | Email/Text: mnapoletano@ars-llc.biz | Feb 28 2025 01:25:00 | Ability Recovery Servi, PO Box 4031, Wyoming, PA 18644-0031 |
| 14605340 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2025 00:29:59 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14603293 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 28 2025 01:25:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14600572 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 28 2025 00:43:15 | Dept of Ed/Navient, 123 Justison Street, 3rd Fl, Wilmington, DE 19801-5360 |
| 14605839 | | Email/PDF: bankruptcy_prod@navient.com | Feb 28 2025 00:42:42 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14616819 | | Email/Text: bankruptcy@ncaks.com | Feb 28 2025 01:24:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14618379 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 00:30:45 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14619937 | | ^ MEBN | Feb 28 2025 00:20:36 | Red Stick Acquisitions, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14618711 | | ^ MEBN | Feb 28 2025 00:20:37 | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 14625416 | | Email/Text: EDBKNotices@ecmc.org | Feb 28 2025 01:24:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14600554 | | 1st Keystone Fed Sav |
| 14600566 | | Abington Bank |
| 14600567 | | Abn Amro Mortgage Grou |
| cr | *+ | Kupuri Capital, LLC, c/o Dwaldmanlaw, P.C., 4900 Carlisle Pike, #182, Mechanicsburg, PA 17050-7709 |
| cr | *+ | Stormwater Authority of the City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Kupuri Capital  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Red Stick Acquisitions  LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Stormwater Authority of the City of Chester jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JENNIE SHNAYDER | on behalf of Creditor Kupuri Capital  LLC jennie@dwaldmanlaw.com, corey@dwaldmanlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Michael Weems echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MARISA MYERS COHEN | on behalf of Creditor Kupuri Capital  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　MICHAEL  WEEMS<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 21-11073-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 27, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge